AO 442 (Rev. 11/11) Arrest Warrant

F(1)# 9991581

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2018 JUL 13 PM 4: 21
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America
v.
Michael Baker

Defendant

Case No. 1:16 CR 194

JUDGE NUGENT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Baker,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1344: Bank Fraud

Date: 6/14/16

*Issuing officer's signature*

City and state: Cleveland, Ohio

Magistrate Judge Kenneth S. McHargh
*Printed name and title*

### Return

This warrant was received on *(date)* 6/15/16, and the person was arrested on *(date)* 6/26/17
at *(city and state)* _____.

Date: 7/12/18

Conyers for USPS
*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*